```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALLISON MICHELE CRUZ, *on behalf of herself and all others similarly situated*

                        Plaintiff,

    -v-

JKS VENTURES, INC.,

                        Defendant.
-------------------------------------------------------------------X

23-cv-8311 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a telephonic conference on the parties' request that the Court approve the proposed consent decree on June 21, 2024 at 10:00 AM. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. By June 19, 2024, the parties are to inform the Court whether they are prepared to make the following further modifications to the proposed Decree: (1) adding to paragraph 14(a), the requirement that the modifications of the Website be made "as soon as reasonably practicable," as well as within 24 months of the Effective date; (2) adding to paragraph 14(d), the requirement that the changes identified there be made as soon as reasonably practical; and (3) adding to paragraph 14(e), the requirement that the written status reports describe the status of the modification of the Website required by paragraph 14(a).

      SO ORDERED.

Dated: June 10, 2024
       New York, New York

                                                     LEWIS J. LIMAN
                                                     United States District Judge