```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/20/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                      :
ALLISON MICHELE CRUZ, *on behalf of herself and all*  :
*others similarly situated*,                                         :
                                                                                      :
                                      Plaintiff,           :             23-cv-8311 (LJL)
                                                                                      :
             -v-                                         :             ORDER
                                                                                      :
JKS VENTURES, INC.,                                                 :
                                                                                      :
                                      Defendant.       :
                                                                                   X
-----------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       The parties jointly move, Dkt. No. 27, to cancel the conference the Court has scheduled for today, June 20, at 2:30 PM in light of the parties' submission of a revised proposed consent decree. Because the revised proposed consent decree appears to meet the standards articulated in *U.S.S.E.C. v. Citigroup Glob. Mkts., Inc.*, 752 F.3d 285, 294-95 (2d Cir. 2014) for judicial approval of a consent decree, the motion is granted and the conference is cancelled. The Court will enter the proposed consent decree, with an opinion to follow.

       The Clerk of Court is respectfully directed to close Dkt. No. 27.

       SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                                            LEWIS J. LIMAN
                                                            United States District Judge