Case 1:23-cv-08311-LJL    Document 32    Filed 06/25/24    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ALLISON MICHELE CRUZ, *on behalf of herself and all others similarly situated*,

                  Plaintiff,

   -v-

JKS VENTURES, INC.,

                  Defendant.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/25/2024

23-cv-8311 (LJL)

<u>ERRATA ORDER</u>

LEWIS J. LIMAN, United States District Judge:

      The Memorandum and Order filed on June 21, 2024 at Dkt. No. 31 contained several typographical errors. Along with this Errata Order the Court is separately filing an Amended Memorandum and Order correcting those errors. The errors and corrections reflected in the Amended Memorandum and Order have no impact on the substance of the Opinion or on the Judgment of the Court.

      SO ORDERED.

Dated: June 25, 2024
       New York, New York

                                                                    LEWIS J. LIMAN
                                                         United States District Judge